

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00459-CV

LAURIE ANN ROYBAL, APPELLANT

V.

NICK KNAPP, APPELLEE

On Appeal from the 181st District Court
Randall County, Texas
Trial Court No. 68,912-B, Honorable John B. Board, Presiding

January 6, 2017

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, Laurie Ann Roybal, has filed a motion to voluntarily dismiss her appeal. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam